IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**SHARA SPRAGUE, Individually and
as Administrator of the Estate of
TERRY SPRAGUE, deceased,**

**Plaintiff,**

**v.**

**WAL-MART STORES, INC.,**

**Defendant.**                          No. 08-364-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is the Defendant's stipulation of dismissal filed with permission of the Plaintiff (Doc. 27). Specifically, Plaintiff and Defendant stipulate and agree that this action may be dismissed with prejudice, with each party to bear its own costs, because the parties have settled. Therefore, the Court **ACKNOWLEDGES** the dismissal and **DISMISSES with prejudice**, each party to bear its own costs, Plaintiff's cause of action against Defendant. The Clerk to enter judgment accordingly.

**IT IS SO ORDERED.**

Signed this 4th day of June, 2009.

/s/    David R Herndon
**Chief Judge
United States District Court**