# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

SHARA SPRAGUE, Individually and as )
Administrator of the Estate of Terry )
Sprague, deceased, )
 )
      Plaintiff, )
 )
VS. )     NO. 08-CV-364-DRH
 )
WAL-MART STORES, INC., )
 )
      Defendant. )

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court the Stipulation of Dismissal filed June 2, 2009.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order signed by this Court on June 4, 2009, this case is **DISMISSED** with prejudice. Each party shall bear its own costs.

                     **JUSTINE FLANAGAN, ACTING CLERK**

                     **BY:**    /s/*Sandy Pannier*
                                **Deputy Clerk**

Dated: June 5, 2009


APPROVED: /s/    *David R Herndon*
                CHIEF JUDGE
                U. S. DISTRICT COURT